**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERBERT EVANS, | : |
| | : Civ. Action No. 18-3505 (NLH) |
| Petitioner, | : |
| | : |
| v. | : MEMORANDUM AND ORDER |
| | : |
| U.S. PAROLE COMMISSION, | : |
| | : |
| Respondent. | : |

Petitioner is a prisoner currently incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey. He is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. This action was originally transferred from the U.S. District Court for the District of Columbia. See ECF No. 9 (ordering transfer).

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

Therefore, IT IS this __19th__ day of __March__, 2018,

ORDERED that the Clerk shall substitute as defendant the Warden of the Federal Correctional Institution at Fort Dix, J. Hollingsworth, see Rumsfeld v. Padilla, 542 U.S. 426, 434 (2004) ("The federal habeas statute straightforwardly provides that the

proper respondent to a habeas petition 'is the person who has custody over [the petitioner]'" (quoting 28 U.S.C. § 2242)); and it is further

ORDERED that the Clerk shall serve a copy of the Petition, ECF No. 1, and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the Petition, ECF No. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within thirty (30) days of the date of the entry of this Order, Respondent shall file and serve an answer which responds to the allegations and grounds in the Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

ORDERED that Respondent shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that within fifteen (15) days of receipt of the answer, Petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, respondent shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall serve this Order on Petitioner by regular U.S. mail.


At Camden, New Jersey            s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.